Ruby BOHL, Petitioner,

v.

WALSH SCHOOL DISTRICT NO. 1
and the Board of Education of Walsh
School District RE–1, Respondents.

No. 89SC416.

Supreme Court of Colorado,
En Banc.

Jan. 16, 1990.

Petition for Writ of Certiorari GRANT-
ED.